**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Jamel Dajour Williams, Appellant.

Appellate Case No. 2020-000101

———————

Appeal From Allendale County
Carmen T. Mullen, Circuit Court Judge

———————

Unpublished Opinion No. 2022-UP-017
Submitted November 1, 2021 – Filed January 12, 2022

———————

**APPEAL DISMISSED**

———————

Appellate Defender Sarah Elizabeth Shipe, of Columbia, and Jamel Dajour Williams, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Melody Jane Brown, both of Columbia, for Respondent.

———————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se briefs and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**WILLIAMS, A.C.J., MCDONALD, J., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.